UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Caleb Sosa, a minor, by his next friend
Amparo Hernandez-Sosa, and Amparao
Hernandez-Sosa,

    Plaintiffs,

v.                                                 Case No. 10-12878

City of Detroit, *et al.*,                   Honorable Sean F. Cox

    Defendants.
_____/

## ORDER GRANTING
## UNOPPOSED MOTION TO SET ASIDE DEFAULTS AS TO
## DEFENDANTS GARY DIAZ, DENNY BORG, AND BENJAMIN KOYTON ONLY

    This matter is currently before the Court on a motion filed by Defendants Gary Diaz, Denny Borg, and Benjamin Koyton, asking this Court to set aside the Clerk's Entry of Default entered against them on October 13, 2011. (Docket Entry No. 34).

    Plaintiffs filed a response indicating that they do not oppose this motion. (*See* Docket Entry No. 37 at 2).

    Accordingly, IT IS ORDERED that the Clerk's Entry of Default as to Defendants Gary Diaz, Denny Borg, and Benjamin Koyton, is hereby SET ASIDE.

    IT IS SO ORDERED.

                                                     S/Sean F. Cox
                                                     Sean F. Cox
                                                     United States District Judge

Dated: March 5, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on

March 5, 2012, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager